**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 97 MAL 2019

                Respondent        :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

             v.                   :

                                :

TARIQ MAHMUD,               :

                                :

                Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.